UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOON JA SONG<br><br>      Plaintiff(s),<br><br>      v.<br><br>AWAN SCRUB TECHNOLOGY, et al.<br><br>      Defendant(s). | CASE NO. 2:19-cv-02937-DSF-GJS<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before January 10, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: December 10, 2019

          /s/ *Dale S. Fischer*
          Dale S. Fischer
          United States District Judge