# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOON JA SONG**, Plaintiff, | Case No. CV 19-2937 DSF (GJSx) |
| v. | JUDGMENT |
| **AWAN SCRUB TECHNOLOGY,** Defendant. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to file a motion for default judgment as to defendant Awan Scrub Technology,

IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: January 21, 2020

Dale S. Fischer
United States District Judge